**STATE of Missouri, Respondent,**

v.

**Brandon R. SMITH, Appellant.**

**No. WD 72733.**

Missouri Court of Appeals,
Western District.

June 29, 2012.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Robert J. Bartholomew, Jefferson City, MO, for respondent.

Before Division Four, LISA WHITE HARDWICK, Chief Judge, Presiding, KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

ORDER

PER CURIAM.

Following a jury trial, Brandon Smith appeals his conviction for second degree murder, first degree attempted robbery, and two counts of armed criminal action. Smith contends the trial court plainly erred in submitting a separate jury instruction on the theory of accomplice liability. For reasons explained in a Memorandum provided to the parties, we find no

manifest injustice and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).